THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:07-CV-474-D

| | |
|---|---|
| AQUA-AID, INC., <br><br> Plaintiff, <br><br> v. <br><br> GROWING TECHNOLOGIES, INC. (a/k/a "GOLF, ORNAMENTAL, TURF AND TECHNOLOGIES, INC.") d/b/a "GTI" and JAMES TURNER (an individual), <br><br> Defendants. | ORDER |

Upon consideration of the joint motion filed by Plaintiff Aqua-Aid, Inc. and Defendants Growing Technologies, Inc. (a/k/a "Golf, Ornamental, Turf and Technologies, Inc.") d/b/a "GTI" and James Turner for an order modifying certain deadlines set forth in the Court's Scheduling Order, and the entire record herein, and it appearing that good cause exists for the extension of time requested, it is hereby

ORDERED that the Scheduling Order in this action is modified as follows:

1. Reports from retained experts are due by November 1, 2008 and from rebuttal experts by December 1, 2008;

2. All discovery shall be completed by March 1, 2009;

3. All potentially dispositive motions shall be filed by April 9, 2009;

4. Final lists of witnesses and Exhibits shall be due on April 16, 2009 ; and

5. This case should be ready for trial by June 2009.

SO ORDERED. This 13 day of August 2008.

JAMES C. DEVER III
United States District Judge